# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SERAFINA LICCARDI,<br>Plaintiff, | § § § § | |
| v. | § § | CASE NO. 3:16-CV-02537-S-BT |
| DELTA PERSONNEL/DELTA STAFFING SERVICES, ROSE LYSKOWSKI, and STANLEY LYSKOWSKI,<br>Defendants. | § § § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Rebecca Rutherford made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendant's Fourth Amended Motion to Dismiss [ECF No. 71] is **GRANTED**. Plaintiff's claims are dismissed with **PREJUDICE**.

**SO ORDERED.**

SIGNED August 20, 2018.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE